| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Gregory Brian Myers |
| | First Name   Middle Name   Last Name |
| Debtor 2 | N/A |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | District of Maryland |
| Case number (If known) | 19-17428 |

BALTIMORE-NIGHT BOX
2019 JUL -5 PM 11: 57
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy   04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | | Dates Debtor 1 lived there | Debtor 2: | | Dates Debtor 2 lived there |
   |---|---|---|---|---|---|
   | | | | ☐ Same as Debtor 1 | | ☐ Same as Debtor 1 |
   | Number   Street | | From _____ To _____ | Number   Street | | From _____ To _____ |
   | City   State   ZIP Code | | | City   State   ZIP Code | | |
   | | | | ☐ Same as Debtor 1 | | ☐ Same as Debtor 1 |
   | Number   Street | | From _____ To _____ | Number   Street | | From _____ To _____ |
   | City   State   ZIP Code | | | City   State   ZIP Code | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

| Debtor 1 | Gregory Brian Myers | | Case number (if known) 19-17428 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 3,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| For last calendar year:<br>(January 1 to December 31, 2018)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |
| For the calendar year before that:<br>(January 1 to December 31, 2017)<br>YYYY | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | | $<br>$<br>$ | | $<br>$<br>$ |
| For last calendar year:<br>(January 1 to December 31, 2018)<br>YYYY | S.A. Conlen Estate | $ 38,416.86<br>$<br>$ | | $<br>$<br>$ |
| For the calendar year before that:<br>(January 1 to December 31, 2017)<br>YYYY | Rental -147SLW<br>Survivor Annuity<br>CARMAX | $ 34,297.55<br>$ 18.56<br>$ 100.00 | | $<br>$<br>$ |

Debtor 1  __Gregory Brian Myers__  Case number (if known) __19-17428__
            First Name    Middle Name    Last Name

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

    ☐ No. Go to line 7.

    ☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☑ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☑ No. Go to line 7.

    ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name<br>Number Street<br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br>Number Street<br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Creditor's Name<br>Number Street<br>City State ZIP Code | | $ | $ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    Gregory Brian Myers      Case number *(if known)* 19-17428
           First Name    Middle Name    Last Name

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

   |  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
   |---|---|---|---|---|
   | Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
   | Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

   |  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
   |---|---|---|---|---|
   | Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
   | Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy      page 4

Debtor 1   **Gregory Brian Myers**
First Name   Middle Name   Last Name

Case number (if known) **19-17428**

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

   | | Nature of the case | Court or agency | Status of the case |
   |---|---|---|---|
   | Case title **See ADDENDUM** <br><br> Case number _____ | | Court Name _____ <br> Number  Street _____ <br> City     State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |
   | Case title **See ADDENDUM** <br><br> Case number _____ | | Court Name _____ <br> Number  Street _____ <br> City     State   ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☐ No. Go to line 11.
    ☑ Yes. Fill in the information below.

    | | Describe the property | Date | Value of the property |
    |---|---|---|---|
    | **SunTrust Bank** <br> Creditor's Name <br><br> Number  Street <br><br> City     State   ZIP Code | Lot 13, Seaside 15 Subdivision <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☑ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | 10/29/2018 | $ 689,000.00 |
    | _____ <br> Creditor's Name <br><br> Number  Street <br><br> City     State   ZIP Code | <br><br> **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | _____ | $ _____ |

Official Form 107         Statement of Financial Affairs for Individuals Filing for Bankruptcy         page 5

Debtor 1  **Gregory Brian Myers**
        First Name   Middle Name   Last Name

Case number *(if known)* 19-17428

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☐ No
☑ Yes. Fill in the details.

| Creditor's Name | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Roger Schlossberg, Trustee | Refused to turnover fully exempt Lot 6 sale proceeds owned by Gregory B. Myers and Barbara Ann Kelly as Tenants by the Entireties | | $ 1,110,247.01 |

Last 4 digits of account number: XXXX–___ ___ ___ ___

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
☑ Yes

### Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number  Street | | | |
| City  State  ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | | $ |
| | | | $ |
| Number  Street | | | |
| City  State  ZIP Code | | | |
| Person's relationship to you | | | |

Debtor 1    Gregory Brian Myers                         Case number (if known) 19-17428
            First Name    Middle Name    Last Name


14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☑ No
    ☐ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
    |---|---|---|---|
    | _____<br>Charity's Name | | _____ | $_____ |
    | _____ | | _____ | $_____ |
    | _____<br>Number   Street | | | |
    | _____<br>City     State    ZIP Code | | | |

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☑ No
    ☐ Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
    |---|---|---|---|
    | | | _____ | $_____ |

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☑ No
    ☐ Yes. Fill in the details.

    | | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|
    | _____<br>Person Who Was Paid | | | |
    | _____<br>Number   Street | | _____ | $_____ |
    | _____ | | _____ | $_____ |
    | _____<br>City     State    ZIP Code | | | |
    | _____<br>Email or website address | | | |
    | _____<br>Person Who Made the Payment, if Not You | | | |

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 7

Debtor 1 **Gregory Brian Myers**
        First Name    Middle Name    Last Name

Case number (if known) **19-17428**

| Person Who Was Paid / Number Street / City State ZIP Code / Email or website address / Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | $ |
| | | | $ |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid / Number Street / City State ZIP Code | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | $ |
| | | | $ |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| CARMAX<br>Number Street<br>Gaithersburg  MD<br>City State ZIP Code<br>Person's relationship to you _____ | 2003 Ford Explorer (not working - salvage value) | $100.00 cash | 10/28/2017 |
| Bank of America, N.A.<br>Number Street<br>City State ZIP Code<br>Person's relationship to you _____ | 147 Silver Laurel Way, Santa Rosa Beach, FL 32459 | Foreclosure Sale ($727,400.00) | 12/08/2017 |

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy      page **8**

Debtor 1   Gregory Brian Myers
        First Name   Middle Name   Last Name

Case number (if known) 19-17428

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| | | 12/08/2017 |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Navy Federal Credit Union**<br>Name of Financial Institution<br><br>Number   Street<br><br>City   State   ZIP Code | XXXX– 6 9 4 7 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $ 5.04 |
| **PNC Bank**<br>Name of Financial Institution<br><br>Number   Street<br><br>City   State   ZIP Code | XXXX– 4 9 4 3 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $ 0.00 |
| CAPITALONE DIP ACCOUNT | | ☑ CHECKING | | $ 0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br>City   State   ZIP Code | Name<br><br>Number   Street<br><br>City   State   ZIP Code | | ☐ No<br>☐ Yes |

Official Form 107   Statement of Financial Affairs for Individuals Filing for Bankruptcy   page 9

Debtor 1   **Gregory Brian Myers**                          Case number (if known) 19-17428
           First Name    Middle Name    Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Number   Street | Name | | ☐ No |
| | Number   Street | | ☐ Yes |
| City    State    ZIP Code | City State  ZIP Code | | |

### Part 9:   Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| Owner's Name | Where is the property? | Describe the property | Value |
|---|---|---|---|
| SERV TRUST | | Gregory B. Myers, Trustee | |
| 3158 Braverton Street | Number   Street | Daniel J. Ring, Trustee | $_____ |
| Suite 206 | | | |
| Edgewater  MD  21037 | City    State   ZIP Code | | |
| City    State   ZIP Code | | | |

### Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Number   Street | Governmental unit | | _____ |
| | Number   Street | | |
| City    State   ZIP Code | City    State   ZIP Code | | |

Official Form 107        Statement of Financial Affairs for Individuals Filing for Bankruptcy        page 10

Debtor 1   Gregory Brian Myers
         First Name    Middle Name    Last Name

Case number (if known) 19-17428

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|
| Name of site | Governmental unit | |
| Number  Street | Number  Street | |
| City  State  ZIP Code | City  State  ZIP Code | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | Number  Street | | ☐ On appeal |
| Case number | City  State  ZIP Code | | ☐ Concluded |

### Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation  (DIRECTOR)
☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| U.S.MedicalMarijuanaStoreInc. | To engage in any lawful act/activity under the General Corporation Law of DE | Do not include Social Security number or ITIN. |
| Business Name | | |
| 1209 Orange Street | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| Corporation Trust Center | | |
| Wilmington  DE  19801 | | From 02/26/2019 To _____ |
| City  State  ZIP Code | | |
| | Describe the nature of the business | Employer Identification number |
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number  Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| City  State  ZIP Code | | |

Official Form 107    Statement of Financial Affairs for Individuals Filing for Bankruptcy    page 11

Debtor 1    Gregory Brian Myers      Case number *(if known)* 19-17428
        First Name    Middle Name    Last Name

| Business Name / Number Street / City State ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: ___ ___ - ___ ___ ___ ___ ___ ___ ___ |
|---|---|---|
| | Name of accountant or bookkeeper | Dates business existed<br><br>From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name | Date issued |
|---|---|
| Number Street | MM / DD / YYYY |
| City State ZIP Code | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _[signature]_          ✗ N/A
Signature of Debtor 1          Signature of Debtor 2

Date 07/05/2019          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

GREGORY B. MYERS
CHAPTER 13
Case No.: 19-17428
July 5, 2019

## ADDENDUM

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

**Part 4: Item 9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

**RESPONSE:** See listing of open cases below. The Debtor will supplement this answer with a listing of cases that were closed within 1 year before the filing of Case No. 19-17428.

*US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v. Barbara Ann Kelly, et al.*, Case No. 11-2009-CA-010813

*Barbara Ann Kelly, et al. v. US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v.*, Appeal No. 2D19-0522 in the Florida Second District Court of Appeal

*Barbara Ann Kelly, et al. v. US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v.*, Appeal No. 2D19-1994 in the Florida Second District Court of Appeal

*Gregory B. Myers, et al. v. US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v.*, Case No. SC18-2036 in the Supreme Court of Florida

*Kristine D. Brown, et al. v. Barbara Ann Kelly, et al.*, Case No. 394829-V

*Barbara Ann Kelly, et al. v. JPMorgan Chase Bank, NA*, Case No. 401247-V

*Barbara Ann Kelly, et al. v. Mark H. Wittstadt et al.*, Case No. 408746-V

*Barbara Ann Kelly, et al. v. Kristine D. Brown, et al.*, Appeal No. 2255, September Term 2018 in the Maryland Court of Special Appeals

*Bank of America, National Association v. Barbara Ann Kelly, et al.*, Case No. 66-2010-CA-660 in the Circuit Court in and for Walton County, Florida

*Barbara Ann Kelly, et al. v. Bank of America, National Association*, Appeal No. 1D18-690 in the Florida First District Court of Appeal

*Barbara Ann Kelly, et al. v. Bank of America, National Association*, Appeal No. 1D19-1839 in the Florida First District Court of Appeal

*Gregory B. Myers v. Bank of America, National Association*, Case No. 3:17-cv-00969-RV-EMT in the United States District Court for the Northern District of Florida

*Gregory B. Myers v. Bank of America, National Association,* Appeal Number: 19-10797-C in the United States Court of Appeals for the Eleventh Circuit

*In re Gregory B. Myers,* Case No. 15-26033 in the United States Bankruptcy Court for the District of Maryland

*Gregory B. Myers v. Regions Bank,* Adversary Proceeding No. 16-00473

*Gregory B. Myers v. Offit Kurman, P.A.,* Adversary Proceeding No. 16-00474

*Offit Kurman, P.A. v. Serv Trust,* Adversary Proceeding No. 16-00541

*John P. Fitzgerald, III United States Trustee v. Gregory B. Myers,* Adversary Proceeding No. 17-00193

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.,* Adversary Proceeding No. 17-00400

*Gregory B. Myers v. Offit Kurman, P.A., et al.,* Appeal No. 8:18-cv-02536-PX (Adv. Proc. No. 16-00541) in the United States District Court for the District of Maryland

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.,* Appeal No. 8:19-cv-00245-PX in the United States District Court for the District of Maryland

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.,* Appeal No. 8:19-cv-00636-PX (Adv. Proc. No. 17-00400) in the United States District Court for the District of Maryland

*Gregory B. Myers v. John P. Fitzgerald, III United States Trustee,* Appeal No. 8:19-cv-00637-PX (Adv. Proc. No. 17-00193) in the United States District Court for the District of Maryland

*Gregory B. Myers, et al. v. Offit Kurman, P.A., et al.,* Record No. 18-2144 in the United States Court of Appeals for the Fourth Circuit

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.,* Civil Action No. 8:17-cv-03396-PX

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A., et al.,* Civil Action No. 8:18-cv-03460-PX

*In re Gregory B. Myers,* Appeal No. 19-90626033 in the United States Bankruptcy Court for the District of Delaware

*In re Gregory Brian Myers,* Case No. 19-10392-BLS in the United States District Court for the District of Delaware

*In re Gregory B. Myers,* Appeal No. 19-907 in the United States District Court for the District of Delaware

2

*In re Gregory B. Myers*, Appeal No. 19-908 in the United States District Court for the District of Delaware

*In re Gregory B. Myers*, Appeal No. 19-909 in the United States District Court for the District of Delaware

*In re Gregory B. Myers*, Appeal No. 19-910 in the United States District Court for the District of Delaware

*6789 Goldsboro LLC v. Serv Trust, et al.*, Case No. 451611-V, in the Circuit Court for Montgomery County, Maryland

*Gregory B. Myers v. The Guardian Life Insurance Company of America, et al.*, Civil No. 1:19-cv-00061-AJT-MSN in the United States District Court for the Eastern District of Virginia