**Fill in this information to identify your case:**

Debtor 1    Gregory Brian Myers
            First Name         Middle Name         Last Name

Debtor 2    N/A
(Spouse, if filing) First Name   Middle Name       Last Name

United States Bankruptcy Court for the: District of Maryland

Case number    19-17428
(if known)

BALTIMORE-NIGHT BOX
2019 JUL -5 PM 11: 56
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own / Copy the value from *Schedule A/B* | Amount of the exemption you claim / Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 700 Gulf Shore Blvd. N. NAPLES, FL 34102 / Line from *Schedule A/B*: 1.1 | $ 2,615,466.00 | ☐ $ _____ / ☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4; Fla. Stat.; Tenants by Entireties; EXEMPTION ORDER |
| Brief description: 4505 Wetherill Road BETHESDA, MD 20816 / Line from *Schedule A/B*: 1.2 | $ 1,144,200.00 | ☐ $ _____ / ☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties Florida common law EXEMPTION ORDER |
| Brief description: 147 Silver Laurel Wa SANTA ROSA BEACH, FL 32459 / Line from *Schedule A/B*: 1.3 | $ 908,934.00 | ☐ $ _____ / ☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties Florida common law EXEMPTION ORDER |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       ☑ No
       ☐ Yes

*"EXEMPTION ORDER" IS DEFINED AS THE "ORDER OVERRULING OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS" (CASE No; 15-26033; DOC. 674)*

GM

Debtor 1    Gregory Brian Myers       Case number *(if known)* 19-17428

First Name    Middle Name      Last Name

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Lot 13, Seaside 15<br>SANTA ROSA BEACH, FL<br>Line from *Schedule A/B:* 1.4   32459 | $ 689,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law |
| Brief description: The Villages at<br>SEAGROVE PUD<br>Line from *Schedule A/B:* 1.5 | $ UNKNOWN | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: 2008 Chevy Suburban<br>Line from *Schedule A/B:* 3.1 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: 2002 Ford Escape<br>Line from *Schedule A/B:* 3.2 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: 1996 Toyota Camry<br>Line from *Schedule A/B:* 3.3 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: House Goods/Furn.<br>700 GULFSHORE BLVD N.<br>Line from *Schedule A/B:* 6 | $ 4,450.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: House Goods/Furn.<br>4505 WETHERILL RD.<br>Line from *Schedule A/B:* 6 | $ 4,700.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: Misc. Electronics<br>Line from *Schedule A/B:* 7 | $ 2,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: Sports/Hobby Equip.<br>Line from *Schedule A/B:* 9 | $ 400.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: Clothes/Apparel<br>Line from *Schedule A/B:* 11 | $ 300.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: Misc. Jewelry<br>Line from *Schedule A/B:* 12 | $ 500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: Boston Terrier<br>Line from *Schedule A/B:* 13 | $ 0.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4; Tenants by the Entireties; Florida common law |

Debtor 1 **Gregory Brian Myers**
First Name      Middle Name      Last Name

Case number (if known) 19-17428

## Part 2: Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own (Copy the value from Schedule A/B) | Amount of the exemption you claim (Check only one box for each exemption) | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: House Goods/Furn. 147 SILVER LAUREL WAY<br>Line from Schedule A/B: 14 | $ 1,450.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: Cash (AS OF 5/31/19)<br>Line from Schedule A/B: 16 | $ 400.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: Custodial Acct. Son<br>Line from Schedule A/B: 17 | $ 300.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4; Florida Statutes; Florida common law |
| Brief description: 100 shares stock U.S. MEDICAL MARIJUANA STORE, INC.<br>Line from Schedule A/B: 19 | $ 100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida Statutes; Florida common law |
| Brief description: GBM Irrev. Trust<br>Line from Schedule A/B: 25 | $ 0.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.13; Florida common law; Exemption Order |
| Brief description: City of Naples ROW PERMIT - 700 GSBN<br>Line from Schedule A/B: 27 | $ UNKNOWN | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Florida common law; Exemption Order |
| Brief description: Disability Benfits<br>Line from Schedule A/B: 30 | $ 2,500,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.18; Florida common law; Exemption Order |
| Brief description: Guardian Ins. Policy DISABILITY INCOME INSURANCE<br>Line from Schedule A/B: 31 | $ UNKNOWN | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.18; Florida common law; Exemption Order |
| Brief description: Genworth Ins. Policy TERM LIFE INSURANCE<br>Line from Schedule A/B: 31 | $ UNKNOWN | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.13; Florida common law; Exemption Order |
| Brief description: Federal Group Life<br>Line from Schedule A/B: 32 | $ 2,500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 USC 541(a)(5)(A); Fla. Stat. Ann. § 222.13; Florida common law |
| Brief description: Inherit. Estate JCM<br>Line from Schedule A/B: 32 | $ UNKNOWN | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 USC 541(a)(5)(A); Florida common law; Exemption Order |
| Brief description: ALL Claims against SEE ADDENDUM<br>Line from Schedule A/B: 33 | $ UNKNOWN | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4; Fla. Stat./Fla. common law; Tenants by the Entireties; |

Official Form 106C                Schedule C: The Property You Claim as Exempt                page 3 of 4

Debtor 1  Gregory Brian Myers
    First Name    Middle Name    Last Name

Case number (if known)  19-17428

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: ALL Contingent and SEE ADDENDUM<br>Line from *Schedule A/B*: 34 | $ UNKNOWN | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. Art. X, § 4; Fla. Stat./Fla. common law; Tenants by the Entireties; |
| Brief description: Lot 6 Sale Proceeds<br>Line from *Schedule A/B*: 35 | $ 1,110,247.01 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Fla. Stat./FL common law; Exemption Order |
| Brief description: Director's Fee U.S. MEDICAL MARIJUANA STORE INC.<br>Line from *Schedule A/B*: 38 | $ 2,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Bankruptcy Code; Florida Statutes; Florida common law |
| Brief description: Kenwood CC<br>Line from *Schedule A/B*: 53 | $ 100,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Fla. Stat./FL common law; Exemption Order |
| Brief description: TBE Funds - Walton COUNTY COURT REGISTRY<br>Line from *Schedule A/B*: 53 | $ 50,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Fla. Stat./FL common law; Exemption Order |
| Brief description: TBE Funds - US Bkr. COURT COURT REGISTRY<br>Line from *Schedule A/B*: 53 | $ 60,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Tenants by the Entireties; Fla. Stat./FL common law; Exemption Order |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

GREGORY B. MYERS
CHAPTER 13
Case No.: 19-17428
July 5, 2019

**ADDENDUM**

**Schedule C: The Property You Claim As Exempt**

**Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment (Line from Schedule A/B: 33):**

*US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v. Barbara Ann Kelly, et al.*, Case No. 11-2009-CA-010813

*Barbara Ann Kelly, et al. v. US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v.*, Appeal No. 2D19-0522 in the Florida Second District Court of Appeal

*Barbara Ann Kelly, et al. v. US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v.*, Appeal No. 2D19-1994 in the Florida Second District Court of Appeal

*Gregory B. Myers, et al. v. US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v.*, Case No. SC18-2036 in the Supreme Court of Florida

*Kristine D. Brown, et al. v. Barbara Ann Kelly, et al.*, Case No. 394829-V

*Barbara Ann Kelly, et al. v. JPMorgan Chase Bank, NA*, Case No. 401247-V. Myers estimates the damages at *not less than* $10,000,000.00.

*Barbara Ann Kelly, et al. v. Mark H. Wittstadt et al.*, Case No. 408746-V. Myers estimates the damages at *not less than* $10,000,000.00.

*Barbara Ann Kelly, et al. v. Kristine D. Brown, et al.*, Appeal No. 2255, September Term 2018 in the Maryland Court of Special Appeals

*Bank of America, National Association v. Barbara Ann Kelly, et al.*, Case No. 66-2010-CA-660 in the Circuit Court in and for Walton County, Florida

*Barbara Ann Kelly, et al. v. Bank of America, National Association*, Appeal No. 1D18-690 in the Florida First District Court of Appeal

*Barbara Ann Kelly, et al. v. Bank of America, National Association*, Appeal No. 1D19-1839 in the Florida First District Court of Appeal

*Gregory B. Myers v. Bank of America, National Association*, Case No. 3:17-cv-00969-RV-EMT in the United States District Court for the Northern District of Florida. Myers estimates the damages at *not less than* $10,000,000.00.

1

*Gregory B. Myers v. Bank of America, National Association,* Appeal Number: 19-10797-C in the United States Court of Appeals for the Eleventh Circuit

*In re Gregory B. Myers,* Case No. 15-26033 in the United States Bankruptcy Court for the District of Maryland

*Gregory B. Myers v. Regions Bank,* Adversary Proceeding No. 16-00473

*Gregory B. Myers v. Offit Kurman, P.A.,* Adversary Proceeding No. 16-00474

*Offit Kurman, P.A. v. Serv Trust,* Adversary Proceeding No. 16-00541

*John P. Fitzgerald, III United States Trustee v. Gregory B. Myers,* Adversary Proceeding No. 17-00193

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.,* Adversary Proceeding No. 17-00400. Myers estimates the damages at *not less than* $10,000,000.00.

*Gregory B. Myers v. Offit Kurman, P.A., et al.,* Appeal No. 8:18-cv-02536-PX (Adv. Proc. No. 16-00541) in the United States District Court for the District of Maryland

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.,* Appeal No. 8:19-cv-00245-PX in the United States District Court for the District of Maryland

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.,* Appeal No. 8:19-cv-00636-PX (Adv. Proc. No. 17-00400) in the United States District Court for the District of Maryland

*Gregory B. Myers v. John P. Fitzgerald, III  United States Trustee,* Appeal No. 8:19-cv-00637-PX (Adv. Proc. No. 17-00193) in the United States District Court for the District of Maryland

*Gregory B. Myers, et al. v. Offit Kurman, P.A., et al.,* Record No. 18-2144 in the United States Court of Appeals for the Fourth Circuit

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.,* Civil Action No. 8:17-cv-03396-PX. Myers estimates the damages at *not less than* $10,000,000.00.

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A., et al.,* Civil Action No. 8:18-cv-03460-PX. Myers estimates the damages at *not less than* $10,000,000.00.

*In re Gregory B. Myers,* Appeal No. 19-90626033 in the United States Bankruptcy Court for the District of Delaware

*In re Gregory Brian Myers,* Case No. 19-10392-BLS in the United States District Court for the District of Delaware

*In re Gregory B. Myers*, Appeal No. 19-907 in the United States District Court for the District of Delaware

*In re Gregory B. Myers*, Appeal No. 19-908 in the United States District Court for the District of Delaware

*In re Gregory B. Myers*, Appeal No. 19-909 in the United States District Court for the District of Delaware

*In re Gregory B. Myers*, Appeal No. 19-910 in the United States District Court for the District of Delaware

*6789 Goldsboro LLC v. Serv Trust, et al.*, Case No. 451611-V, in the Circuit Court for Montgomery County, Maryland

*Gregory B. Myers v. The Guardian Life Insurance Company of America, et al.*, Civil No. 1:19-cv-00061-AJT-MSN in the United States District Court for the Eastern District of Virginia. Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against U.S. Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11

Myers possesses various claims against Carlton Fields, P.A.

Myers possesses various claims against U.S. Bank, N.A., Successor Trustee to Bank of America, N.A. Successor In Interest to LaSalle Bank, N.A., As Trustee, on Behalf of the Holders of the WAMU Mortgage Pass-Through Certificates, Series 2007-OA4 (the "WAMU Trust")

Myers possesses various claims against JPMorgan Chase Bank, N.A.

Myers possesses various claims against Bank of America, N.A.

Myers possesses various claims against Regions Bank

Myers possesses various claims against SunTrust Bank

Myers possesses various claims against SunTrust Mortgage

Myers possesses various claims against Offit Kurman, P.A.

Myers possesses various claims against Offit Kurman, LLC

Myers possesses various claims against Gregory Johnson

Myers possesses various claims against Timothy Lynch

Myers possesses various claims against Maurice VerStandig

Myers possesses various claims against The VerStandig Law Firm, LLC

Myers possesses various claims against McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.

Myers possesses various claims against 6789 Goldsboro LLC

Myers possesses various claims against Brian King

Myers possesses various claims against Cristina King

Myers possesses various claims against the Cristina and Brian King Children's Trust

Myers possesses various claims against Roger Schlossberg, individually

Myers possesses various claims against Roger Schlossberg in his capacity as the Trustee in Case No. 15-26033

Myers possesses various claims against Schlossberg, Mastro & Scanlan

Myers possesses various claims against Frank Mastro

Myers possesses various claims against Yumkas, Vidmar, Sweeney & Mulrenin, LLC

Myers possesses various claims against Paul Sweeney

Myers possesses various claims against Kenwood Country Club

Myers possesses various claims in Case No. 15-26033

Myers possesses various fully exempt claims against the law firm of Offit Kurman, P.A. and/or Offit Kurman, LLC including without limitation its Members and/or owners and/or principals for, including without limitation, breach of contract, legal negligence, negligence, embezzlement, fraud, and conspiracy to commit fraud in connection with, without limitation, the embezzlement and civil theft of $1,110,247.01 in fully exempt Lot 6 sale proceeds owned by Gregory B. Myers and Barbara Ann Kelly as tenants by the entireties. Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against Roger Schlossberg, Frank Mastro, and the law firm of Schlossberg, Mastro & Scanlan including without limitation its Members and/or owners and/or principals for, including without limitation, embezzlement, fraud, and conspiracy to commit fraud in connection with, without limitation, the embezzlement and civil theft of $1,110,247.01 in fully exempt Lot 6 sale proceeds owned by Gregory B. Myers and Barbara Ann Kelly as tenants by the entireties. Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against Paul Sweeney and the law firm of Yumkas, Vidmar, Sweeney & Mulrenin, LLC including without limitation its Members and/or owners and/or principals for, including without limitation, embezzlement, fraud, and conspiracy to commit fraud in connection with, without limitation, the embezzlement and civil theft of $1,110,247.01 in fully exempt Lot 6 sale proceeds owned by Gregory B. Myers and Barbara Ann Kelly as tenants by the entireties. Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against the law firm of McNamee Hosea Jernigan Kim Greenan & Lynch, P.A. including without limitation its Members and/or owners and/or principals for, including without limitation, breach of contract, legal negligence, negligence, fraud and conspiracy to commit fraud in connection with, without limitation, the embezzlement and civil theft of $1,110,247.01 in fully exempt Lot 6 sale proceeds owned by Gregory B. Myers and Barbara Ann Kelly as tenants by the entireties. Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against the Watercolor HOA and/or its affiliates, successors and/or assigns including without limitation, violation of 11 USC 362, trespass, slander of title, fraud, conspiracy to commit fraud, etc. with respect to the undivided interest owned by Barbara Ann Kelly and Gregory B. Myers as tenants by the entireties in 247.87 acres of "open space and natural areas" in "The Villages at Seagrove Planned Unit Development" (the "Seagrove PUD"). The Seagrove PUD provides "[t]he areas designated as open space and natural areas include a total of 247.87 acres (approximately 49 percent) of the 498.59 acre project site." The Seagrove PUD provides "[d]esignated natural areas and open space within the project will be dedicated to the homeowners who will own the property..." and "[a]ll lands designated as open space and natural areas in the project development plans will remain dedicated as such in perpetuity." The Seagrove PUD further provides the lands designated as open space and natural areas "are held in common ownership." Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against The St. Joe Company and/or its affiliates, successors and/or assigns including without limitation, violation of 11 USC 362, trespass, slander of title, fraud, conspiracy to commit fraud, etc. with respect to the undivided interest owned by Barbara Ann Kelly and Gregory B. Myers as tenants by the entireties in 247.87 acres of "open space and natural areas" in "The Villages at Seagrove Planned Unit Development" (the "Seagrove PUD"). The Seagrove PUD provides "[t]he areas designated as open space and natural areas include a total of 247.87 acres (approximately 49 percent) of the 498.59 acre project site." The Seagrove PUD provides "[d]esignated natural areas and open space within the project will be dedicated to the homeowners who will own the property..." and "[a]ll lands designated as open space and natural areas in the project development plans will remain dedicated as such in perpetuity." The Seagrove PUD further provides the lands designated as open space and natural areas "are held in common ownership." Myers estimates the damages at *not less than* $10,000,000.00.

Myers may possess other legal claims against third parties that he is not aware of at this time. Myers reserves the right to amend and/or supplement this this claim of exemptions to the extent he becomes aware of any other claims against third parties of any kind or nature in the future.

5

**GREGORY B. MYERS**
**CHAPTER 13**
**Case No.: 19-17428**
**July 5, 2019**

**ADDENDUM**

**Schedule C: The Property You Claim As Exempt**

**Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims (Line from Schedule A/B: 34):**

*US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v. Barbara Ann Kelly, et al.*, Case No. 11-2009-CA-010813

*Barbara Ann Kelly, et al. v. US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v.*, Appeal No. 2D19-0522 in the Florida Second District Court of Appeal

*Barbara Ann Kelly, et al. v. US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v.*, Appeal No. 2D19-1994 in the Florida Second District Court of Appeal

*Gregory B. Myers, et al. v. US Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11 v.*, Case No. SC18-2036 in the Supreme Court of Florida

*Kristine D. Brown, et al. v. Barbara Ann Kelly, et al.*, Case No. 394829-V

*Barbara Ann Kelly, et al.  v. JPMorgan Chase Bank, NA*, Case No. 401247-V. Myers estimates the damages at *not less than* $10,000,000.00.

*Barbara Ann Kelly, et al. v. Mark H. Wittstadt et al.*, Case No. 408746-V. Myers estimates the damages at *not less than* $10,000,000.00.

*Barbara Ann Kelly, et al. v. Kristine D. Brown, et al.*, Appeal No. 2255, September Term 2018 in the Maryland Court of Special Appeals

*Bank of America, National Association v. Barbara Ann Kelly, et al.*, Case No. 66-2010-CA-660 in the Circuit Court in and for Walton County, Florida

*Barbara Ann Kelly, et al. v. Bank of America, National Association*, Appeal No. 1D18-690 in the Florida First District Court of Appeal

*Barbara Ann Kelly, et al. v. Bank of America, National Association*, Appeal No. 1D19-1839 in the Florida First District Court of Appeal

*Gregory B. Myers v. Bank of America, National Association,* Case No. 3:17-cv-00969-RV-EMT in the United States District Court for the Northern District of Florida. Myers estimates the damages at *not less than* $10,000,000.00.

1

*Gregory B. Myers v. Bank of America, National Association,* Appeal Number: 19-10797-C in the United States Court of Appeals for the Eleventh Circuit

*In re Gregory B. Myers*, Case No. 15-26033 in the United States Bankruptcy Court for the District of Maryland

*Gregory B. Myers v. Regions Bank,* Adversary Proceeding No. 16-00473

*Gregory B. Myers v. Offit Kurman, P.A.*, Adversary Proceeding No. 16-00474

*Offit Kurman, P.A. v. Serv Trust*, Adversary Proceeding No. 16-00541

*John P. Fitzgerald, III United States Trustee v. Gregory B. Myers*, Adversary Proceeding No. 17-00193

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.*, Adversary Proceeding No. 17-00400. Myers estimates the damages at *not less than* $10,000,000.00.

*Gregory B. Myers v. Offit Kurman, P.A., et al.*, Appeal No. 8:18-cv-02536-PX (Adv. Proc. No. 16-00541) in the United States District Court for the District of Maryland

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.*, Appeal No. 8:19-cv-00245-PX in the United States District Court for the District of Maryland

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.*, Appeal No. 8:19-cv-00636-PX (Adv. Proc. No. 17-00400) in the United States District Court for the District of Maryland

*Gregory B. Myers v. John P. Fitzgerald, III United States Trustee*, Appeal No. 8:19-cv-00637-PX (Adv. Proc. No. 17-00193) in the United States District Court for the District of Maryland

*Gregory B. Myers, et al. v. Offit Kurman, P.A., et al.*, Record No. 18-2144 in the United States Court of Appeals for the Fourth Circuit

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.*, Civil Action No. 8:17-cv-03396-PX. Myers estimates the damages at *not less than* $10,000,000.00.

*Gregory B. Myers v. McNamee Hosea Jernigan Kim Greenan & Lynch, P.A., et al.*, Civil Action No. 8:18-cv-03460-PX. Myers estimates the damages at *not less than* $10,000,000.00.

*In re Gregory B. Myers*, Appeal No. 19-90626033 in the United States Bankruptcy Court for the District of Delaware

*In re Gregory Brian Myers*, Case No. 19-10392-BLS in the United States District Court for the District of Delaware

*In re Gregory B. Myers*, Appeal No. 19-907 in the United States District Court for the District of Delaware

*In re Gregory B. Myers*, Appeal No. 19-908 in the United States District Court for the District of Delaware

*In re Gregory B. Myers*, Appeal No. 19-909 in the United States District Court for the District of Delaware

*In re Gregory B. Myers*, Appeal No. 19-910 in the United States District Court for the District of Delaware

*6789 Goldsboro LLC v. Serv Trust, et al.*, Case No. 451611-V, in the Circuit Court for Montgomery County, Maryland

*Gregory B. Myers v. The Guardian Life Insurance Company of America, et al.*, Civil No. 1:19-cv-00061-AJT-MSN in the United States District Court for the Eastern District of Virginia. Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against U.S. Bank, National Association as Trustee for Credit Suisse First Boston CSFB 2005-11

Myers possesses various claims against Carlton Fields, P.A.

Myers possesses various claims against U.S. Bank, N.A., Successor Trustee to Bank of America, N.A. Successor In Interest to LaSalle Bank, N.A., As Trustee, on Behalf of the Holders of the WAMU Mortgage Pass-Through Certificates, Series 2007-OA4 (the "WAMU Trust")

Myers possesses various claims against JPMorgan Chase Bank, N.A.

Myers possesses various claims against Bank of America, N.A.

Myers possesses various claims against Regions Bank

Myers possesses various claims against SunTrust Bank

Myers possesses various claims against SunTrust Mortgage

Myers possesses various claims against Offit Kurman, P.A.

Myers possesses various claims against Offit Kurman, LLC

Myers possesses various claims against Gregory Johnson

Myers possesses various claims against Timothy Lynch

Myers possesses various claims against Maurice VerStandig

Myers possesses various claims against The VerStandig Law Firm, LLC

Myers possesses various claims against McNamee Hosea Jernigan Kim Greenan & Lynch, P.A.

Myers possesses various claims against 6789 Goldsboro LLC

Myers possesses various claims against Brian King

Myers possesses various claims against Cristina King

Myers possesses various claims against the Cristina and Brian King Children's Trust

Myers possesses various claims against Roger Schlossberg, individually

Myers possesses various claims against Roger Schlossberg in his capacity as the Trustee in Case No. 15-26033

Myers possesses various claims against Schlossberg, Mastro & Scanlan

Myers possesses various claims against Frank Mastro

Myers possesses various claims against Yumkas, Vidmar, Sweeney & Mulrenin, LLC

Myers possesses various claims against Paul Sweeney

Myers possesses various claims against Kenwood Country Club

Myers possesses various claims in Case No. 15-26033

Myers possesses various fully exempt claims against the law firm of Offit Kurman, P.A. and/or Offit Kurman, LLC including without limitation its Members and/or owners and/or principals for, including without limitation, breach of contract, legal negligence, negligence, embezzlement, fraud, and conspiracy to commit fraud in connection with, without limitation, the embezzlement and civil theft of $1,110,247.01 in fully exempt Lot 6 sale proceeds owned by Gregory B. Myers and Barbara Ann Kelly as tenants by the entireties. Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against Roger Schlossberg, Frank Mastro, and the law firm of Schlossberg, Mastro & Scanlan including without limitation its Members and/or owners and/or principals for, including without limitation, embezzlement, fraud, and conspiracy to commit fraud in connection with, without limitation, the embezzlement and civil theft of $1,110,247.01 in fully exempt Lot 6 sale proceeds owned by Gregory B. Myers and Barbara Ann Kelly as tenants by the entireties. Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against Paul Sweeney and the law firm of Yumkas, Vidmar, Sweeney & Mulrenin, LLC including without limitation its Members and/or owners and/or principals for, including without limitation, embezzlement, fraud, and conspiracy to commit fraud in connection with, without limitation, the embezzlement and civil theft of $1,110,247.01 in fully exempt Lot 6 sale proceeds owned by Gregory B. Myers and Barbara Ann Kelly as tenants by the entireties. Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against the law firm of McNamee Hosea Jernigan Kim Greenan & Lynch, P.A. including without limitation its Members and/or owners and/or principals for, including without limitation, breach of contract, legal negligence, negligence, fraud and conspiracy to commit fraud in connection with, without limitation, the embezzlement and civil theft of $1,110,247.01 in fully exempt Lot 6 sale proceeds owned by Gregory B. Myers and Barbara Ann Kelly as tenants by the entireties. Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against the Watercolor HOA and/or its affiliates, successors and/or assigns including without limitation, violation of 11 USC 362, trespass, slander of title, fraud, conspiracy to commit fraud, etc. with respect to the undivided interest owned by Barbara Ann Kelly and Gregory B. Myers as tenants by the entireties in 247.87 acres of "open space and natural areas" in "The Villages at Seagrove Planned Unit Development" (the "Seagrove PUD"). The Seagrove PUD provides "[t]he areas designated as open space and natural areas include a total of 247.87 acres (approximately 49 percent) of the 498.59 acre project site." The Seagrove PUD provides "[d]esignated natural areas and open space within the project will be dedicated to the homeowners who will own the property..." and "[a]ll lands designated as open space and natural areas in the project development plans will remain dedicated as such in perpetuity." The Seagrove PUD further provides the lands designated as open space and natural areas "are held in common ownership." Myers estimates the damages at *not less than* $10,000,000.00.

Myers possesses various claims against The St. Joe Company and/or its affiliates, successors and/or assigns including without limitation, violation of 11 USC 362, trespass, slander of title, fraud, conspiracy to commit fraud, etc. with respect to the undivided interest owned by Barbara Ann Kelly and Gregory B. Myers as tenants by the entireties in 247.87 acres of "open space and natural areas" in "The Villages at Seagrove Planned Unit Development" (the "Seagrove PUD"). The Seagrove PUD provides "[t]he areas designated as open space and natural areas include a total of 247.87 acres (approximately 49 percent) of the 498.59 acre project site." The Seagrove PUD provides "[d]esignated natural areas and open space within the project will be dedicated to the homeowners who will own the property..." and "[a]ll lands designated as open space and natural areas in the project development plans will remain dedicated as such in perpetuity." The Seagrove PUD further provides the lands designated as open space and natural areas "are held in common ownership." Myers estimates the damages at *not less than* $10,000,000.00.

Myers may possess other contingent and unliquidated claims including, without limitation, counterclaims, third party claims, and rights to set off claims that he is not aware of at this time. Myers reserves the right to amend and/or supplement this this claim of exemptions to the extent he becomes aware of any other contingent and unliquidated claims including, without limitation, counterclaims, third party claims, and rights to set off claims of any kind or nature in the future.

**Fill in this information to identify your case:**

Debtor 1  Gregory Brian Myers
_____First Name_____Middle Name_____Last Name_____

Debtor 2  N/A
(Spouse, if filing) First Name_____Middle Name_____Last Name_____

United States Bankruptcy Court for the: District of Maryland

Case number  19-17428
(if known)

BALTIMORE-NIGHT BOX

2019 JUL -5 PM II: 56

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property       12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|

**2.1**

| | |
|---|---|
| Creditor's Name | Describe the property that secures the claim: |

| | |
|---|---|
| Number      Street | |

| | |
|---|---|
| City            State    ZIP Code | |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Column A: $_____  Column B: $_____  Column C: $_____

**2.2**

| | |
|---|---|
| Creditor's Name | Describe the property that secures the claim: |

| | |
|---|---|
| Number      Street | |

| | |
|---|---|
| City            State    ZIP Code | |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

Column A: $_____  Column B: $_____  Column C: $_____

Add the dollar value of your entries in Column A on this page. Write that number here:   $_____

Debtor 1    Gregory Brian Myers                  Case number *(if known)* 19-17428

First Name    Middle Name    Last Name

## Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Name

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

City              State      ZIP Code

---

Name

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

City              State      ZIP Code

---

Name

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

City              State      ZIP Code

---

Name

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

City              State      ZIP Code

---

Name

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

City              State      ZIP Code

---

Name

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

City              State      ZIP Code

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Gregory Brian Myers |
| | First Name          Middle Name          Last Name |
| Debtor 2 | N/A |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: District of Maryland |
| Case number | 19-17428 |
| (if known) | |

BALTIMORE-NIGHT BOX

2019 JUL -5 PM 11: 57

U.S. BANKRUPTCY COURT
DISTRICT        MARYLAND

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule
A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any
creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is
needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of
any additional pages, write your name and case number (if known).

**Part 1:      List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For
   each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and
   nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority
   unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $ | $ | $ |

Priority Creditor's Name                                Last 4 digits of account number ___ ___ ___ ___

Number          Street                                  When was the debt incurred? _____

City                    State     ZIP Code            **As of the date you file, the claim is:** Check all that apply.
                                                        ☐ Contingent
**Who incurred the debt?** Check one.                   ☐ Unliquidated
☐ Debtor 1 only                                         ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                            **Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another               ☐ Domestic support obligations
☐ Check if this claim is for a community debt           ☐ Taxes and certain other debts you owe the government
                                                        ☐ Claims for death or personal injury while you were
**Is the claim subject to offset?**                        intoxicated
☐ No                                                    ☐ Other. Specify _____
☐ Yes

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.2** | | $ | $ | $ |

Priority Creditor's Name                                Last 4 digits of account number ___ ___ ___ ___

Number          Street                                  When was the debt incurred? _____

City                    State     ZIP Code            **As of the date you file, the claim is:** Check all that apply.
                                                        ☐ Contingent
**Who incurred the debt?** Check one.                   ☐ Unliquidated
☐ Debtor 1 only                                         ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                            **Type of PRIORITY unsecured claim:**
☐ At least one of the debtors and another               ☐ Domestic support obligations
☐ Check if this claim is for a community debt           ☐ Taxes and certain other debts you owe the government
                                                        ☐ Claims for death or personal injury while you were
**Is the claim subject to offset?**                        intoxicated
☐ No                                                    ☐ Other. Specify _____
☐ Yes

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page 1 of 10  12

Debtor 1   Gregory Brian Myers                                                Case number *(if known)* 19-17428
           First Name    Middle Name    Last Name

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**   Cheffy Passidomo                                      Last 4 digits of account number  __ __ __ __    $              1.00
          Nonpriority Creditor's Name

821 Fifth Avenue South Suite 201                               When was the debt incurred?        _____
Number       Street

Naples                        FL        34102
City                          State     ZIP Code                As of the date you file, the claim is: Check all that apply.

                                                                ☐ Contingent
**Who incurred the debt?** Check one.                           ☑ Unliquidated
☑ Debtor 1 only                                                 ☑ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                                    **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                                ☐ Student loans
☐ Check if this claim is for a community debt                   ☐ Obligations arising out of a separation agreement or divorce
                                                                   that you did not report as priority claims
**Is the claim subject to offset?**                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ No                                                            ☑ Other. Specify  Legal Fees
☐ Yes

---

**4.2**   Crew & Crew, P.A.                                     Last 4 digits of account number  __ __ __ __    $              1.00
          Nonpriority Creditor's Name
                                                                When was the debt incurred?        _____
238 Miracle Strip Parkway, SW
Number       Street

Fort Walton Beach            FL        32548                    As of the date you file, the claim is: Check all that apply.
City                         State     ZIP Code
                                                                ☐ Contingent
**Who incurred the debt?** Check one.                           ☑ Unliquidated
☐ Debtor 1 only                                                 ☑ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                                    **Type of NONPRIORITY unsecured claim:**
☑ At least one of the debtors and another
                                                                ☐ Student loans
☐ Check if this claim is for a community debt                   ☐ Obligations arising out of a separation agreement or divorce
                                                                   that you did not report as priority claims
**Is the claim subject to offset?**                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ No                                                            ☑ Other. Specify  Legal Fees
☐ Yes

---

**4.3**   Estate of Joan C. Myers Attn: M.K. Myers             Last 4 digits of account number  __ __ __ __    $              0.00
          Nonpriority Creditor's Name
                                                                When was the debt incurred?        _____
7728 Lee Avenue
Number       Street

Alexandria                    VA        22308                   As of the date you file, the claim is: Check all that apply.
City                          State     ZIP Code
                                                                ☑ Contingent
**Who incurred the debt?** Check one.                           ☑ Unliquidated
☑ Debtor 1 only                                                 ☐ Disputed
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only                                    **Type of NONPRIORITY unsecured claim:**
☐ At least one of the debtors and another
                                                                ☐ Student loans
☐ Check if this claim is for a community debt                   ☐ Obligations arising out of a separation agreement or divorce
                                                                   that you did not report as priority claims
**Is the claim subject to offset?**                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ No                                                            ☑ Other. Specify  Personal Loan
☑ Yes

---

Debtor 1    **Gregory Brian Myers**
      First Name   Middle Name   Last Name

Case number *(if known)* __19-17428__

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.4**

**CenturyLink**
Nonpriority Creditor's Name

**P.O. Box 1319**
Number          Street

**Charlotte**          **NC**          **28201**
City                              State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Utilities - Telephone__

$ __50.00__

---

**4.5**

**Kenwood Country Club**
Nonpriority Creditor's Name

**5601 River Road**
Number          Street

**Bethesda**          **MD**          **20816**
City                              State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number  _1_  _7_  _6_  _5_

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Membership Dues__

$ __1.00__

---

**4.6**

**VERIZON**
Nonpriority Creditor's Name

**P.O. Box 15124**
Number          Street

**Albany**          **NY**          **12212**
City                              State          ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  __Utilities - Internet, Cable TV__

$ __500.00__

---

| Debtor 1 | Gregory Brian Myers | | Case number (if known) 19-17428 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

**4.7**

Collier County Tax Collector
Nonpriority Creditor's Name

3291 E. Tamiami Trail
Number     Street

Naples                    FL      34112
City                      State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __        $    1.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Real Estate Taxes

---

**4.8**

Montgomery County MD Department of Finance
Nonpriority Creditor's Name

255 Rockville Pike, L-15
Number     Street

Rockville                 MD      20850
City                      State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __        $    1.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Real Estate Taxes

---

**4.9**

Serv Trust        Attn: Daniel Ring, Trustee
Nonpriority Creditor's Name

3158 Braverton Street, Suite 206
Number     Street

Edgewater                 MD      21037
City                      State   ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __        $    1.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Loan

---

| Debtor 1 | Gregory Brian Myers | | | Case number (if known) 19-17428 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.        **Total claim**

---

**5.0**

**Michael K. and Susan R. Myers**
Nonpriority Creditor's Name

**7728 Lee Avenue**
Number        Street

**Alexandria**                          **VA**        **22308**
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $ **65,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Personal Loans**

---

**5.1**

**The Woods Academy    Attn: Joe Powers**
Nonpriority Creditor's Name

**6801 Greentree Road**
Number        Street

**Bethesda**                          **MD**        **20817**
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $ **50,638.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Tuition**

---

**5.2**

**Gonzaga College High School    Attn: Business Office**
Nonpriority Creditor's Name

**19 Eye Street, N.W.**
Number        Street

**Washington**                          **DC**        **20001**
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $ **22,153.03**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Tuition**

---

| Debtor 1 | Gregory Brian Myers | | | Case number (if known) 19-17428 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**5.3**

**Mandell Menkes LLC**
Nonpriority Creditor's Name

**One North Franklin Street, Suite 3600**
Number    Street

**Chicago**                    **IL**        **60606**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __        $        **1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal Fees**

---

**5.4**

**Sachs & LaSeur, P.A.**
Nonpriority Creditor's Name

**1394 County Highway 283S, Bldg. 4**
Number    Street

**Santa Rosa Beach**            **FL**        **32459**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __        $    **1,235.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal Fees**

---

**5.5**

**McNamee Hosea Jernigan Kim Greenan & Lynch PA**
Nonpriority Creditor's Name

**6411 Ivy Lane, Suite 200**
Number    Street

**Greenbelt**                  **MD**        **20770**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

**Last 4 digits of account number** __ __ __ __        $        **1.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal Fees**

---

Debtor 1    Gregory Brian Myers

First Name    Middle Name    Last Name

Case number *(if known)* 19-17428

---

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**5.6**

Navy Federal Credit Union

Nonpriority Creditor's Name

P.O. Box 3000

Number    Street

Merrifield      VA      22119

City      State      ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 18,250.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Settlement Agreement__

---

**5.7**

Government Employees Insurance Company

Nonpriority Creditor's Name

P.O. Box 9500

Number    Street

Fredericksburg      VA      22403

City      State      ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 1.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Auto Insurance__

---

**5.8**

Miscellaneous Medical Bills

Nonpriority Creditor's Name

Number    Street

City      State      ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**

- [ ] No
- [ ] Yes

**Last 4 digits of account number** ___ ___ ___ ___

$ 10,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify __Medical Bills__

---

Debtor 1  **Gregory Brian Myers**
First Name    Middle Name    Last Name

Case number (*if known*) 19-17428

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**5.9**

Moore, Hill & Westmoreland, P.A.
Nonpriority Creditor's Name

P.O. Box 13290
Number    Street

Pensacola                      FL        32591
City                        State    ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Legal Fees

$        1.00

---

**6.0**

Stichter Riedel Blain & Postler, P.A.
Nonpriority Creditor's Name

110 East Madison Street, Suite 200
Number    Street

Tampa                        FL        33602
City                        State    ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Legal Fees

$        1.00

---

**6.1**

Ethridge Quinn
Nonpriority Creditor's Name

33 Wood Lane
Number    Street

Rockville                    MD        20850
City                        State    ZIP Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Legal Fees

$ 11,118.84

---

Debtor 1  Gregory Brian Myers
         First Name    Middle Name    Last Name

Case number *(if known)* 19-17428

---

**Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page**

| | Total claim |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

---

**6.2**

Gordon & Simmons, LLC
Nonpriority Creditor's Name

1050 Key Parkway, Suite 101
Number        Street

Frederick                    MD        21702
City                         State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Legal Fees

$ 20,000.00

---

**6.3**

Gordon & Simmons, LLC
Nonpriority Creditor's Name

1050 Key Parkway, Suite 101
Number        Street

Frederick                    MD        21702
City                         State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Legal Fees

$ 30,571.65

---

**6.4**

Gordon & Simmons, LLC
Nonpriority Creditor's Name

1050 Key Parkway, Suite 101
Number        Street

Frederick                    MD        21702
City                         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Legal Fees

$ 55,192.33

---

Debtor 1    Gregory Brian Myers          Case number *(if known)* 19-17428
First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**6.5**

Offit Kurman, P.A.
Nonpriority Creditor's Name

8171 Maple Lawn Boulevard, Suite 200
Number   Street

Fulton        MD    20759
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [x] Yes

Last 4 digits of account number __ __ __ __    $ 1.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Legal Fees

---

**6.6**

6789 Goldsboro LLC
Nonpriority Creditor's Name

3925 Beech Avenue
Number   Street

Baltimore       MD    21211
City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

Last 4 digits of account number __ __ __ __    $ 0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Guaranty Agreement

---

**6.7**

The Office of the United States Trustee
Nonpriority Creditor's Name

Number   Street

City        State    ZIP Code

**Who incurred the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ 325.00

Last 4 digits of account number __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Fee

---

Official Form 106E/F       Schedule E/F: Creditors Who Have Unsecured Claims       page 10 of 12

Debtor 1    Gregory Brian Myers
           First Name    Middle Name    Last Name

Case number (if known) 19-17428

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5.  Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name _____

Number    Street _____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Name _____

Number    Street _____

City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1  Gregory Brian Myers
First Name    Middle Name    Last Name

Case number *(if known)* 19-17428

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

6a. **Domestic support obligations**                                6a.  $_____ 0.00

6b. **Taxes and certain other debts you owe the government**        6b.  $_____ 0.00

6c. **Claims for death or personal injury while you were intoxicated**  6c.  $_____ 0.00

6d. **Other.** Add all other priority unsecured claims. Write that amount here.  6d.  + $_____ 0.00

6e. **Total.** Add lines 6a through 6d.                             6e.  $_____ 0.00

**Total claim**

**Total claims from Part 2**

6f. **Student loans**                                              6f.  $_____ 0.00

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**  6g.  $_____ 0.00

6h. **Debts to pension or profit-sharing plans, and other similar debts**  6h.  $_____ 0.00

6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here.  6i.  + $_____285,045.85___

6j. **Total.** Add lines 6f through 6i.                             6j.  $_____285,045.85___

**Fill in this information to identify your case:**

Debtor _____ Gregory Brian Myers _____
             First Name          Middle Name          Last Name

Debtor 2 _____ N/A _____
(Spouse if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of Maryland

Case number _____ 19-17428 _____
(if known)

BALTIMORE-NIGHT BOX

2019 JUL -5 PM 11: 57

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

☐ Check if this is an
  amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

✱ 1. **Do you have any executory contracts or unexpired leases?** ✱ *I DON'T KNOW THE ANSWER TO THIS QUESTION - I NEED TO CONSULT WITH BANKRUPTCY COUNSEL.*

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                State    ZIP Code | |
| **2.2** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                State    ZIP Code | |
| **2.3** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                State    ZIP Code | |
| **2.4** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                State    ZIP Code | |
| **2.5** _____<br>Name<br>_____<br>Number      Street<br>_____<br>City                State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1   Gregory Brian Myers
           First Name    Middle Name    Last Name

Debtor 2   N/A
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Maryland

Case number   19-17428
(if known)

BALTIMORE-NIGHT BOX

2019 JUL -5 PM II: 57

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

☐ Check if this is an
   amended filing

## Official Form 106H
# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number        Street

      _____
      City                    State            ZIP Code

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**

   *Column 2:* **The creditor to whom you owe the debt**

   Check all schedules that apply:

| 3.1 | Barbara Ann Kelly | ☐ Schedule D, line _____ |
|-----|-------------------|---------------------------|
|     | Name              | ☐ Schedule E/F, line _____ |
|     | 700 Gulf Shore Blvd. North | ☐ Schedule G, line _____ |
|     | Number    Street  |  |
|     | Naples        FL      34102 |  |
|     | City        State    ZIP Code |  |

| 3.2 | | ☐ Schedule D, line _____ |
|-----|-------------------|---------------------------|
|     | Name              | ☐ Schedule E/F, line _____ |
|     | Number    Street  | ☐ Schedule G, line _____ |
|     | City        State    ZIP Code |  |

| 3.3 | | ☐ Schedule D, line _____ |
|-----|-------------------|---------------------------|
|     | Name              | ☐ Schedule E/F, line _____ |
|     | Number    Street  | ☐ Schedule G, line _____ |
|     | City        State    ZIP Code |  |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory Brian Myers | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Maryland

Case number: 19-17428
(If known)

BALTIMORE-NIGHT BOX
2019 JUL -5 PM 11:57
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☑ Not employed |
| Occupation | _____ | _____ |
| Employer's name | _____ | _____ |
| Employer's address | _____<br>Number   Street | _____<br>Number   Street |
| | _____ | _____ |
| | _____<br>City        State    ZIP Code | _____<br>City        State    ZIP Code |
| How long employed there? | _____ | _____ |

| Part 2: | Give Details About Monthly Income |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | 3. + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.  $ 0.00 | $ 0.00 |

Debtor 1  Gregory Brian Myers
          First Name      Middle Name      Last Name

Case number (if known) 19-17428

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here............................................................................ → 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $_____ | $_____ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $_____ | $_____ |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $_____ | $_____ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $_____ | $_____ |
| 5e. | **Insurance** | 5e. | $_____ | $_____ |
| 5f. | **Domestic support obligations** | 5f. | $_____ | $_____ |
| 5g. | **Union dues** | 5g. | $_____ | $_____ |
| 5h. | **Other deductions.** Specify: _____ | 5h. | + $_____ | + $_____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. 6. $ 0.00  $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. $ 0.00  $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.
8a. $_____  $_____

8b. **Interest and dividends** 8b. $ 0.00  $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.
8c. $ 0.00  $ 0.00

8d. **Unemployment compensation** 8d. $ 0.00  $ 0.00

8e. **Social Security** 8e. $ 0.00  $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____
8f. $ 0.00  $ 0.00

8g. **Pension or retirement income** 8g. $ 0.00  $ 0.00

8h. **Other monthly income.** Specify: Corporate Director's Fee 8h. + $ 2,000.00  + $ 0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. 9. $ 2,000.00  $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
10. $ 2,000.00 + $ 0.00 = $ 2,000.00

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____
11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies
12. $ 2,000.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: Expect Corporate Director's Fee to increase to $3,000/month

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Gregory Brian Myers |
| | First Name    Middle Name    Last Name |
| Debtor 2 | N/A |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: District of Maryland

Case number 19-17428
(If known)

BALTIMORE-NIGHT BOX

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13
    expenses as of the following date:
    _____
    MM / DD / YYYY

2019 JUL -5 PM II: 57

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

**Official Form 106J**

# Schedule J: Your Expenses                                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 23 | ☑ No  ☐ Yes |
| Daughter | 21 | ☑ No  ☐ Yes |
| Son | 19 | ☑ No  ☐ Yes |
| Daughter | 15 | ☑ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $                    0.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $              300.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $              300.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $              300.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $                    0.00 |

| Debtor 1 | Gregory Brian Myers | | | Case number (if known) | 19-17428 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Your expenses**

| | | |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $_____200.00 |
| 6b. Water, sewer, garbage collection | 6b. | $_____200.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____40.00 |
| 6d. Other. Specify: _____ | 6d. | $_____0.00 |
| 7. **Food and housekeeping supplies** | 7. | $_____400.00 |
| 8. **Childcare and children's education costs** | 8. | $_____0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $_____0.00 |
| 10. **Personal care products and services** | 10. | $_____50.00 |
| 11. **Medical and dental expenses** | 11. | $_____0.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____100.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $_____0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $_____0.00 |
| 15b. Health insurance | 15b. | $_____0.00 |
| 15c. Vehicle insurance | 15c. | $_____100.00 |
| 15d. Other insurance. Specify: _____ | 15d. | $_____0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $_____0.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. | $_____0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $_____0.00 |
| 17c. Other. Specify: _____ | 17c. | $_____0.00 |
| 17d. Other. Specify: _____ | 17d. | $_____0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 106I). | 18. | $_____0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $_____0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a. Mortgages on other property | 20a. | $_____0.00 |
| 20b. Real estate taxes | 20b. | $_____0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $_____0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $_____0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $_____0.00 |

Debtor 1  Gregory Brian Myers _____     Case number *(if known)* 19-17428 _____
         First Name     Middle Name     Last Name

| | | |
|---|---|---|
| 21. **Other**. Specify: _____ | 21. | +$ _____ 0.00 |

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.
        22a. $ _____ 1,990.00

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2
        22b. $ _____ 0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.
        22c. $ _____ 1,990.00

23. **Calculate your monthly net income.**

    23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.
        23a. $ _____ 2,000.00

    23b. Copy your monthly expenses from line 22c above.
        23b. –$ _____ 1,990.00

    23c. Subtract your monthly expenses from your monthly income.
       The result is your *monthly net income*.
        23c. $ _____ 10.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Gregory Brian Myers | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | N/A | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Maryland

Case number  19-17428
(If known)

BALTIMORE-NIGHT BOX
2019 JUL -5 PM II: 58
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ _____
Signature of Debtor 1

✗ N/A_____
Signature of Debtor 2

Date 07/05/2019
MM / DD / YYYY

Date _____
MM / DD / YYYY