**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

In re:

**GREGORY B. MYERS**            \*

                            \*    **Case No. 19-17428**

        **Debtor.**          \*    **(Chapter 13)**

                            \*

_____ \*

## ORDER GRANTING DEBTOR'S MOTION FOR DISQUALIFICATION OF COUNSEL

Upon consideration of the Debtor's _Motion for Disqualification of Counsel_ (the "Motion for Disqualification") filed by Gregory B. Myers, _pro se_, any opposition thereto, and for cause shown, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Motion for Disqualification be, and is hereby **GRANTED**.

_____
United States Bankruptcy Judge

Cc:    Nancy Spencer Grigsby
       Maurice VerStandig
       Frances C. Wilburn
       Eric Pelletier
       Gregory Johnson
       Hugh M. Bernstein

**END OF ORDER**